■ In the Matter of RAMON A., a Person Alleged to be a Juvenile Delinquent, Appellant. [999 NYS2d 894]—Order, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about September 12, 2013, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of attempted criminal sexual act in the first degree (two counts) and sexual abuse in the first degree (two counts), and placed him on enhanced supervised probation for a period of 18 months, unanimously affirmed, without costs.

The court's finding was not against the weight of the evidence. The court had the advantage of seeing and hearing the witnesses, and there is no basis for disturbing its credibility determinations. The evidence fails to support appellant's suggestion that the victim's mother may have induced the victim to make false accusations. Concur—Gonzalez, P.J., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.